IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case No. 14-cv-638-bbc |
| v. | |
| FLAMBEAU, INC., | |
| Defendant. | |

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Flambeau, Inc. against plaintiff Equal Employment Opportunity Commission granting defendant's motion for summary judgment and dismissing with prejudice plaintiff's claim that defendant violated 42 U.S.C. § 12112(d)(4)(A).

 

| | |
|---|---|
| _____s/ A. Wiseman, Deputy Clerk_____ | ____December 31, 2015____ |
| Peter Oppeneer, Clerk of Court | Date |