

**GRAMANN REPORTING**

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 226744 | 5/27/2015 | 128357 |
| **Job Date** | **Case No.** | |
| 5/15/2015 | 3:14-cv-00638 | |

| Case Name |
|---|
| EEOC v. Flambeau Inc. |

| Payment Terms |
|---|
| Net 30 |

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

**VIDEOGRAPHER CHARGES:**

Dale Arnold

| | | |
|---|---|---|
| Videographer Setup/Breakdown and First Hour | | 225.00 |
| Videographer Additional Hour(s) | 3.50 Hours | 385.00 |
| Video Postage, Handling, & Archiving | | 21.00 |
| SALES TAX | | 34.71 |
| | **TOTAL DUE >>>** | **$665.71** |
| | AFTER 7/6/2015 PAY | $697.26 |

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

---

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

| | | |
|---|---|---|
| Invoice No. | : | 226744 |
| Invoice Date | : | 5/27/2015 |
| **Total Due** | : | **$ 665.71** |
| AFTER 7/6/2015 PAY | | $697.26 |

| | | |
|---|---|---|
| Job No. | : | 128357 |
| BU ID | : | Video |
| Case No. | : | 3:14-cv-00638 |
| Case Name | : | EEOC v. Flambeau Inc. |

**Remit To:** Gramann Reporting, Ltd.
740 N. Plankinton Avenue
Suite 400
Milwaukee WI 53203



**GRAMANN REPORTING**

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 226917 | 6/1/2015 | 128356 |
| **Job Date** | **Case No.** | |
| 5/15/2015 | 3:14-cv-00638 | |
| **Case Name** | | |
| EEOC v. Flambeau Inc. | | |
| **Payment Terms** | | |
| Net 30 | | |

| ORIGINAL AND 1 COPY OF TRANSCRIPT OF: | | |
|---|---|---|
| Dale Arnold | 220.00 Pages | 946.00 |
| Full Day Appearance | | 100.00 |
| Exhibit Scanning | 59.00 Pages | 20.65 |
| Postage, Handling, & Archiving | | 25.00 |
| | **TOTAL DUE >>>** | **$1,091.65** |
| | AFTER 7/11/2015 PAY | $1,146.23 |

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

Invoice No.   : 226917
Invoice Date  : 6/1/2015
**Total Due**   : **$ 1,091.65**
AFTER 7/11/2015 PAY $1,146.23

Job No.    : 128356
BU ID      : 1-MAIN
Case No.   : 3:14-cv-00638
Case Name  : EEOC v. Flambeau Inc.

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**



**740 North Plankinton Ave.**
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 227538 | 6/22/2015 | 129376 |
| **Job Date** | **Case No.** | |
| 6/12/2015 | 3:14-cv-00638 | |
| **Case Name** | | |
| EEOC v. Flambeau Inc. | | |
| **Payment Terms** | | |
| Net 30 | | |

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

**VIDEOGRAPHER CHARGES:**

Therese Tuinstra-Blunck

| | | |
|---|---|---|
| Videographer Setup/Breakdown and First Hour | | 225.00 |
| Videographer Additional Hour(s) | 2.50 Hours | 275.00 |
| Video Postage, Handling, & Archiving | | 21.00 |
| SALES TAX | | 28.66 |
| | **TOTAL DUE >>>** | **$549.66** |
| | AFTER 8/1/2015 PAY | $575.71 |

Reference No. : 10107

Video archived at Gramann Reporting.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

Invoice No. : 227538
Invoice Date : 6/22/2015
**Total Due** : **$ 549.66**
AFTER 8/1/2015 PAY $575.71

**Remit To: Gramann Reporting, Ltd.**
    740 N. Plankinton Avenue
    **Suite 400**
    **Milwaukee WI 53203**

Job No. : 129376
BU ID : Video
Case No. : 3:14-cv-00638
Case Name : EEOC v. Flambeau Inc.



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 227900 | 7/1/2015 | 129375 |
| **Job Date** | **Case No.** | |
| 6/12/2015 | 3:14-cv-00638 | |
| **Case Name** | | |
| EEOC v. Flambeau, Inc. | | |
| **Payment Terms** | | |
| Net 30 | | |

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation Expertise Integrity*

**GRAMANN REPORTING**

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

   Therese Tuinstra-Blunck                       135.00 Pages          580.50
      Half Day Appearance                                                       50.00
      Postage, Handling, & Archiving                              24.00

                                                    **TOTAL DUE >>>**      **$654.50**
                                                   AFTER 8/10/2015 PAY     $687.23

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

---

*Please detach bottom portion and return with payment.*

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

Invoice No.   :  227900
Invoice Date  :  7/1/2015
**Total Due**    :  **$ 654.50**
AFTER 8/10/2015 PAY  $687.23

Job No.     :  129375
BU ID      :  1-MAIN
Case No.   :  3:14-cv-00638
Case Name  :  EEOC v. Flambeau, Inc.

Remit To: **Gramann Reporting, Ltd.**
            **740 N. Plankinton Avenue**
            **Suite 400**
            **Milwaukee WI 53203**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 226881 | 5/31/2015 | 128923 |
| Job Date | Case No. | |
| 5/13/2015 | 3:14-cv-00638 | |
| Case Name | | |
| EEOC v. Flambeau Inc. | | |
| Payment Terms | | |
| Net 30 | | |

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

**GRAMANN REPORTING**

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Kathryn Axelsen | 232.00 Pages | 487.20 |
| Exhibit Scanning | 208.00 Pages | 72.80 |
| CD | | 10.00 |
| Postage & Handling | | 11.50 |
| | **TOTAL DUE >>>** | **$581.50** |
| | AFTER 7/10/2015 PAY | $610.58 |

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

Invoice No.  : 226881
Invoice Date : 5/31/2015
**Total Due** : **$ 581.50**
AFTER 7/10/2015 PAY $610.58

Job No.   : 128923
BU ID     : 1-MAIN
Case No.  : 3:14-cv-00638
Case Name : EEOC v. Flambeau Inc.

**Remit To: Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**



**GRAMANN REPORTING**
*Innovation Expertise Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 228004 | 7/8/2015 | 129342 |
| **Job Date** | **Case No.** | |
| 6/11/2015 | 3:14-cv-00638 | |
| **Case Name** | | |
| EEOC v. Flambeau, Inc. | | |
| **Payment Terms** | | |
| Net 30 | | |

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

| | | |
|---|---:|---:|
| 1 COPY OF TRANSCRIPT OF: | | |
| Mark Rieland | 301.00 Pages | 632.10 |
| CD | | 10.00 |
| Exhibit Scanning | 347.00 Pages | 121.45 |
| Postage & Handling | | 11.00 |
| | **TOTAL DUE >>>** | **$774.55** |
| | AFTER 8/17/2015 PAY | $813.28 |

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

Invoice No.   : 228004
Invoice Date  : 7/8/2015
**Total Due**   : **$ 774.55**
AFTER 8/17/2015 PAY $813.28

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

Job No.    : 129342
BU ID      : 1-MAIN
Case No.   : 3:14-cv-00638
Case Name  : EEOC v. Flambeau, Inc.



**GRAMANN REPORTING**

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 230607 | 10/10/2015 | 131619 |
| **Job Date** | **Case No.** | |
| 9/24/2015 | 3:14-cv-00638 | |
| **Case Name** | | |
| EEOC v. Flambeau, Inc. | | |
| **Payment Terms** | | |
| Net 30 | | |

Mr. John C. Gardner
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

| | | | |
|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | |
| Sara Hames | 160.00 | Pages | 360.00 |
| Exhibit Copies | 272.00 | Pages | 95.20 |
| CD | | | 10.00 |
| Shipping & Handling | | | 15.00 |
| | | **TOTAL DUE >>>** | **$480.20** |
| | | AFTER 11/19/2015 PAY | $504.21 |

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. John C. Gardner
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

Invoice No.    : 230607
Invoice Date   : 10/10/2015
**Total Due**  : **$ 480.20**
AFTER 11/19/2015 PAY $504.21

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

Job No.    : 131619
BU ID      : 1-MAIN
Case No.   : 3:14-cv-00638
Case Name  : EEOC v. Flambeau, Inc.