

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 226744 | 5/27/2015 | 128357 |
| Job Date | Case No. | |
| 5/15/2015 | 3:14-cv-00638 | |

**Case Name**

EEOC v. Flambeau Inc.

**Payment Terms**

Net 30

Gramann Reporting
740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203
PHONE: 414.272.7878
FAX: 414.272.1806
Innovation · Expertise · Integrity

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

**VIDEOGRAPHER CHARGES:**

Dale Arnold

| | | |
|---|---|---|
| Videographer Setup/Breakdown and First Hour | | 225.00 |
| Videographer Additional Hour(s) | 3.50 Hours | 385.00 |
| Video Postage, Handling, & Archiving | | 21.00 |
| SALES TAX | | 34.71 |
| **TOTAL DUE >>>** | | **$665.71** |
| AFTER 7/6/2015 PAY | | $697.26 |

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

Invoice No.   : 226744
Invoice Date  : 5/27/2015
**Total Due    : $ 665.71**
AFTER 7/6/2015 PAY $697.26

Job No.     : 128357
BU ID       : Video
Case No.    : 3:14-cv-00638
Case Name   : EEOC v. Flambeau Inc.

Remit To: Gramann Reporting, Ltd.
          740 N. Plankinton Avenue
          Suite 400
          Milwaukee WI 53203



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 226917 | 6/1/2015 | 128356 |
| Job Date | Case No. | |
| 5/15/2015 | 3:14-cv-00638 | |

**Case Name**

EEOC v. Flambeau Inc.

**Payment Terms**

Net 30

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
    Dale Arnold      220.00 Pages      946.00
        Full Day Appearance      100.00
        Exhibit Scanning      59.00 Pages      20.65
        Postage, Handling, & Archiving      25.00

**TOTAL DUE >>>    $1,091.65**
AFTER 7/11/2015 PAY    $1,146.23

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

---

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

Invoice No.   :  226917
Invoice Date  :  6/1/2015
**Total Due**   :  **$ 1,091.65**
AFTER 7/11/2015 PAY $1,146.23

Remit To: **Gramann Reporting, Ltd.
740 N. Plankinton Avenue
Suite 400
Milwaukee WI 53203**

Job No.   :  128356
BU ID     :  1-MAIN
Case No.  :  3:14-cv-00638
Case Name :  EEOC v. Flambeau Inc.



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 227538 | 6/22/2015 | 129376 |
| Job Date | Case No. | |
| 6/12/2015 | 3:14-cv-00638 | |
| Case Name | | |
| EEOC v. Flambeau Inc. | | |
| Payment Terms | | |
| Net 30 | | |

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203
PHONE: 414.272.7878
FAX: 414.272.1806
*Innovation · Expertise · Integrity*

**GRAMANN** REPORTING

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

**VIDEOGRAPHER CHARGES:**

Therese Tuinstra-Blunck

| | | |
|---|---|---|
| Videographer Setup/Breakdown and First Hour | | 225.00 |
| Videographer Additional Hour(s) | 2.50 Hours | 275.00 |
| Video Postage, Handling, & Archiving | | 21.00 |
| SALES TAX | | 28.66 |
| | **TOTAL DUE >>>** | **$549.66** |
| | AFTER 8/1/2015 PAY | $575.71 |

Reference No. : 10107

Video archived at Gramann Reporting.

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

Invoice No.  : 227538
Invoice Date : 6/22/2015
**Total Due** : **$ 549.66**
AFTER 8/1/2015 PAY $575.71

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

Job No.     : 129376
BU ID       : Video
Case No.    : 3:14-cv-00638
Case Name   : EEOC v. Flambeau Inc.



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 227900 | 7/1/2015 | 129375 |
| **Job Date** | **Case No.** | |
| 6/12/2015 | 3:14-cv-00638 | |
| **Case Name** | | |
| EEOC v. Flambeau, Inc. | | |
| **Payment Terms** | | |
| Net 30 | | |

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation Expertise Integrity*

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   Therese Tuinstra-Blunck                           135.00 Pages      580.50
      Half Day Appearance                                           50.00
      Postage, Handling, & Archiving                       24.00

                                                   **TOTAL DUE >>>    $654.50**
                                                     AFTER 8/10/2015 PAY    $687.23

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

---

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

Invoice No.   :  227900
Invoice Date  :  7/1/2015
**Total Due**    :  **$ 654.50**
AFTER 8/10/2015 PAY  $687.23

Remit To: **Gramann Reporting, Ltd.**
          **740 N. Plankinton Avenue**
          **Suite 400**
          **Milwaukee WI 53203**

Job No.    :  129375
BU ID     :  1-MAIN
Case No.   :  3:14-cv-00638
Case Name  :  EEOC v. Flambeau, Inc.



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 226881 | 5/31/2015 | 128923 |
| Job Date | Case No. | |
| 5/13/2015 | 3:14-cv-00638 | |

**Case Name**

EEOC v. Flambeau Inc.

**Payment Terms**

Net 30

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Kathryn Axelsen | 232.00 Pages | 487.20 |
| Exhibit Scanning | 208.00 Pages | 72.80 |
| CD | | 10.00 |
| Postage & Handling | | 11.50 |
| | **TOTAL DUE >>>** | **$581.50** |
| | AFTER 7/10/2015 PAY | $610.58 |

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

Invoice No.   : 226881
Invoice Date  : 5/31/2015
**Total Due**   : **$ 581.50**
AFTER 7/10/2015 PAY $610.58

Job No.    : 128923
BU ID      : 1-MAIN
Case No.   : 3:14-cv-00638
Case Name  : EEOC v. Flambeau Inc.

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 228004 | 7/8/2015 | 129342 |„
| **Job Date** | **Case No.** | |
| 6/11/2015 | 3:14-cv-00638 | |
| **Case Name** | | |
| EEOC v. Flambeau, Inc. | | |
| **Payment Terms** | | |
| Net 30 | | |

**GRAMANN REPORTING**
*Innovation Expertise Integrity*

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Mark Rieland | 301.00 Pages | 632.10 |
| CD | | 10.00 |
| Exhibit Scanning | 347.00 Pages | 121.45 |
| Postage & Handling | | 11.00 |
| | **TOTAL DUE >>>** | **$774.55** |
| | AFTER 8/17/2015 PAY | $813.28 |

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Stephen A. DiTullio
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

Invoice No.   : 228004
Invoice Date  : 7/8/2015
**Total Due   : $ 774.55**
AFTER 8/17/2015 PAY $813.28

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

Job No.    : 129342
BU ID      : 1-MAIN
Case No.   : 3:14-cv-00638
Case Name  : EEOC v. Flambeau, Inc.



**GRAMANN REPORTING**

740 North Plankinton Ave.
Suite 400
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 230607 | 10/10/2015 | 131619 |
| **Job Date** | **Case No.** | |
| 9/24/2015 | 3:14-cv-00638 | |
| **Case Name** | | |
| EEOC v. Flambeau, Inc. | | |
| **Payment Terms** | | |
| Net 30 | | |

Mr. John C. Gardner
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

| | | |
|---|---:|---:|
| 1 COPY OF TRANSCRIPT OF: | | |
| Sara Hames | 160.00 Pages | 360.00 |
| Exhibit Copies | 272.00 Pages | 95.20 |
| CD | | 10.00 |
| Shipping & Handling | | 15.00 |
| | **TOTAL DUE >>>** | **$480.20** |
| | AFTER 11/19/2015 PAY | $504.21 |

Payment is due within thirty (30) days of the date of invoice. All past-due balances are subject to a late payment interest charge. Interest shall accrue at the legal rate of 5% per annum.

Thank you for your business!

**Tax ID:** 39-1582838

*Please detach bottom portion and return with payment.*

Mr. John C. Gardner
DeWitt Ross & Stevens S.C.
Two East Mifflin Street
Suite 600
Madison WI 53703

Invoice No.  : 230607
Invoice Date : 10/10/2015
**Total Due   : $ 480.20**
AFTER 11/19/2015 PAY $504.21

Remit To: **Gramann Reporting, Ltd.**
**740 N. Plankinton Avenue**
**Suite 400**
**Milwaukee WI 53203**

Job No.   : 131619
BU ID     : 1-MAIN
Case No.  : 3:14-cv-00638
Case Name : EEOC v. Flambeau, Inc.



# INVOICE

Invoice #MDN-2020278994
9/2/2015

DeWitt, Ross & Stevens, S.C.
Capitol Square Office
Two E Mifflin St. Suite 600
Madison, WI 53703

**Send Payments To:**
SOUTHEAST WISCONSIN PROCESS, LLC
707 W. Moreland Blvd., Suite 2
Waukesha, WI 53188
Phone: (262) 650-8904
Fax: (262) 650-8921

Your Contact: Stephanie Meister
**Case Number: Western 3:14CV638**

Plaintiff:
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Defendant:
**FLAMBEAU, INC.**

Served: 8/27/2015 11:45 am
To be served on: BERLIN AREA SCHOOL DISTRICT

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 65.00 | 65.00 |
| Rush | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $90.00 |
| **BALANCE DUE:** | | | **$90.00** |

All balances past 30 days will incur a 1.5% monthly interest charge.
THANK YOU FOR YOUR BUSINESS AND WE APPRECIATE YOUR REFERRALS!

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m