**Cost Detail**
**55578.001 - Dale Arnold**

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 2/9/2015 | 718 | BRENDA M. FERRIS | S510 | 21 | 0.1 | 2.1 | Photocopy |
| 3/9/2015 | | Invoice=992721 | | 21 | 0.1 | 2.1 | |
| 9/16/2015 | 662 | STEPHEN A. DITULLIO | H531 | 1 | 90 | 90 | Southeast Wisconsin Process, LLC - Service of |
| 10/7/2015 | | Invoice=106329 | | 1 | 90 | 90 | Fedral Subpoena on Berlin Area School Distirct |
| | | | | | | | Vendor=SOUTHEAST WISCONSIN PROCESS, LLC  Balance= .00 |
| | | | | | | | Amount= 90.00 |
| | | | | | | | Check #151401  09/16/2015 |
| 1/5/2016 | 662 | STEPHEN A. DITULLIO | H533 | 1 | 79.68 | 79.68 | Therese Tuinstra - Blunck - Witness Fees and |
| | | | | | | | milege reimbursement for June 12, 2015 |
| | | | | | | | deposition |
| | | | | | | | Vendor=THERESE TUINSTRA - BLUNCK  Balance= .00  Amount= |
| | | | | | | | 79.68 |
| | | | | | | | Check #153668  01/05/2016 |