UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>         Plaintiff,<br><br>v.<br><br>FLAMBEAU, INC.,<br><br>         Defendant. | Civil Action No. 3:14-cv-00638 |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the U.S. Equal Employment Opportunity Commission, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on December 31, 2015.

Dated this 25th day of February, 2016.

                                        P. David Lopez
                                        General Counsel
                                        James Lee
                                        Deputy General Counsel
                                        EQUAL EMPLOYMENT OPPORTUNITY
                                        COMMISSION
                                        131 M Street, NE
                                        Washington, DC 20507
                                        202-663-4900 / (TTY) 202-663-4494

                                        John C. Hendrickson
                                        Regional Attorney
                                        EEOC Chicago District Office
                                        Jean P. Kamp
                                        Associate Regional Attorney
                                        EEOC Chicago District Office

                                        <u>s/Brian C. Tyndall</u>
                                        Brian C. Tyndall
                                        Senior Trial Attorney
                                        EEOC Milwaukee Area Office
                                        310 West Wisconsin Avenue - Suite 500

>Milwaukee, WI 53203-2292
>*Telephone*: (414) 297-1130
>*Fax*: (414) 297-3146
>*E-mail*: brian.tyndall@eeoc.gov

### **CERTIFICATE OF SERVICE**

I, Angela Hodges, certify that on February 25, 2016, I served the foregoing document by electronic mail addressed to:

>Stephen A. DiTullio, Esq.
>DeWitt Ross & Stevens S.C.
>2 E. Mifflin Street, Suite 600
>Madison, WI 53703-2865
>608-252-9362
>sad@dewittross.com
>
>John C. Gardner, Esq.
>DeWitt Ross & Stevens S.C.
>2 E. Mifflin Street, Suite 600
>Madison, WI 53703-2865
>608-255-8891
>jcg@dewittross.com

>s/*Angela Hodges*
>Angela Hodges
>District Resources Management Assistant

2